RECEIVED
IN LAKE CHARLES
JUN 14 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LARRY D. HENRY**<br>329917-076 | **CIVIL ACTION NO. 2:12-CV-2527**<br>**SECTION P** |
| VS. | JUDGE PATRICIA MINALDI |
| JOE P. YOUNG | MAGISTRATE JUDGE KATHLEEN KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus be **DENIED** and **DISMISSED WITHOUT PREJUCIE**. The petitioner may reassert his claim by filing an appropriate action, as per the instructions found in the Report and Recommendation.

Lake Charles, Louisiana, on this __14__ day of __June__, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE